**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CROWDSTRIKE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-146-MN |
| v. | ) |
| | ) |
| NSS LABS, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on April 19, 2019, upon the following attorneys of record at the following addresses as indicated:

CROWDSTRIKE DISCLOSURE OF EXPERT TESTIMONY UNDER FED. R. CIV. P. 26(A)(2)(B), INCLUDING OPENING EXPERT REPORTS OF MATT DEVOST AND GREGORY PINSONNEAULT **[HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY]**

CROWDSTRIKE'S DISCLOSURE OF OPINION TESTIMONY OF BRAD ALBRECHT **[HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY]**

CROWDSTRIKE'S SECOND SUPPLEMENTAL INITIAL DISCLOSURES

**VIA ELECTRONIC MAIL**

Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Ian Feinberg
Elizabeth Day
Marc Belloli
Feinberg Day Alberti & Thompson LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
ifeinberg@feinday.com
eday@feinday.com
mbelloli@feinday.com
dalberti@feinday.com

| | |
|---|---|
| OF COUNSEL:<br><br>Ryan Tyz<br>Erin Jones<br>Aaron Myers<br>Sean Apple<br>TYZ LAW GROUP PC<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA  94111<br>Tel:  (415) 849-3578<br><br>Dated:  April 22, 2019<br>6178994 / 44589 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ Stephanie E. O'Byrne*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com<br><br>*Attorneys for Plaintiff CrowdStrike, Inc.* |